## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                              Chapter 13

                                              Bankruptcy No. 15-10072-ELF

VICKI R OFORI

6922 THEODORE STREET

PHILADELPHIA, PA 19142

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    VICKI R OFORI

    6922 THEODORE STREET

    PHILADELPHIA, PA 19142

Counsel for debtor(s), by electronic notice only.

    MICHAEL D. WARD ESQUIRE
    1800 JFK BLVD
    SUITE 300
    PHILADELPHIA, PA 19103-

Date: 12/27/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee