IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE     **Vicki Ofori**                    :
          Debtor                             :     BK NO.  **15-10072-ELF**

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtor, **Vicki Ofori,** has filed a Motion to Modify Plan. in this case.  <u>Your rights may be
affected</u>.  You should read these papers carefully and discuss them with your attorney, if you
have one in this bankruptcy case.  (If you do not, you may wish to consult an attorney.)

     1.     If you do not want the court to grant the relief sought in the motion or if you want
the court to consider your views on the motion, then on or before **February 25, 2017 you** or
your attorney must do <u>all</u> the following:

     (a)     file an answer explaining your position at:

> Office of the Clerk of Court
> United States Bankruptcy Court
> Robert C. Nix Building
> 900 Market Street, Suite 400
> Philadelphia, PA  19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough
so that it will be received on or before the date stated above; and

     (b)     mail a copy to

> Michael D. Ward, Esquire
> I.D. No. 37141
> 1800 JFK Blvd
> Suite 300
> Philadelphia, PA  19103-7402

     2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b)
above and attend the hearing, the court may enter an order granting the relief requested in the
motion.

3.      **A hearing on the motion is scheduled to be held before the Honorable Judge Eric L. Frank on Tuesday, February 28, 2016 at 1:00 P.M. in Courtroom #1, United States Bankruptcy Court, Robert C. Nix Building 900 Market Street, 2nd Floor, Philadelphia, PA 19107-4299.**

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

**Dated:** February 3, 2017