UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Vicki Ofori
        Bankruptcy No. 15-10072
        Adversary No.
        Chapter          13

                                            Date:   February 6, 2017


To:            Michael Ward


## NOTICE OF INACCURATE FILING

        Re:  Notice of Motion to Modify Plan

The above pleading was filed in this office on 02/3/2017 **.** Please be advised that the following document(s) filed contains a deficiency as set forth below:


        ()      Debtor's name does not match case number listed
        ()      Debtor's name and/or case number (is) are missing
        ()      Wrong PDF document attached
        ()      PDF document  not legible
        ()      Notice of Motion/Objection
        ()      Electronic Signature missing
        (**X**)    Other: **Hearing date year is wrong on Notice**


In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.


                            Timothy B. McGrath
                            Clerk


                            By:  Donna Rockeymore
                            Deputy Clerk


CM-ECF 14 day notice.frm
4/30/04