IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Vicki Ofori**　　　　　　　　　　　　BK NO. **15-10072-ELF**
　　　　DEBTOR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　:
**CERTIFICATE OF SERVICE**

　　　I, Michael D. Ward, hereby certify that on the date indicated below I served the following interested parties the Debtor's Seventh Amended Plan by U.S. First Class Mail, Postage Paid or by other means such as electronic transmissions as follows:

**The Debtor, Chapter 13 Trustee, U.S. Trustee's Office, and the attached list**

**Dated: March 6, 2017**　　　　　　　　　　　　　　/s/ Michael D. Ward, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for debtor

Fingerhut
PO Box 2900
St Cloud, MN  56302-9617


IRS
Internal Revenue Service
PO Box 7317
Philadelphia, PA  19101-7317


JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KLM Law Group
Joshua Goldman, Esq KLM Law Group
701 Market St Ste 5000
Philadelphia, PA  19106-1541

MEGAN N. HARPER and Marissa McDevitt
City of Philadelphia - Law/Revenue Dept.
1401 JFK Blvd.
Room 580
Philadelphia, PA 19102


Midland Mortgage Attn: Payment Processing
PO Box 268888
Oklahoma City, OK  73126-8888

MidFirst Bank
999 Northwest Grand Boulevard
Oklahoma City, OK 73118

PECO
PECO-Energy
3020 Market St
Philadelphia, PA  19104-2999


PGW
800 W Montgomery Ave
Philadelphia, PA  19122-2806

Philadelphia Traffic Court
PO Box 12866
Philadelphia, PA  19176-0866


Rjm Acquisitions Funding Llc
575 Underhill Blvd Ste 224
Syosset, NY  11791-3416


Philadelphia Water Department
1101 Market St Ste 5
Philadelphia, PA  19107-2935

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601

CERASTES, LLC
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 9812