IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE:**Vicki Ofori** | : | BK NO. **15-10072-ELF** |
| DEBTOR | : |  |
|  | : |  |

### EIGHTH AMENDED CHAPTER 13 PLAN

**YOUR RIGHTS WILL BE AFFECTED.** You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this plan or any motion included below must file a timely written objection. This plan may be confirmed and the motions included below may be granted without further notice or hearing unless written objection is filed before the deadline stated on the separate Notice you should have received from the bankruptcy court.

**THIS PLAN DOES NOT ALLOW CLAIMS.** You must file a proof of claim to be paid under any plan that may be confirmed.

1. **PAYMENTS TO THE TRUSTEE AND LENGTH OF PLAN:**

The Debtor shall make payments under this plan as follows: allowed claims shall be paid through this plan by monthly payment to the Chapter 13 Trustee of the sum of **$9, 576.00** by March, 2017 then beginning April, 2017 the sum of $2,237.00 per month for the final 34 months of her plan totaling 60 months and in the total amount of $85,634.00.

2) **PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT)**

All allowed priority claims will be paid in full unless creditor agrees otherwise:
A) **The Administrative Claim for Attorney Fees of Michael D. Ward, Esquire in the amount of $6,400.00.**
B) **The priority portion of the Claim of the IRS, Claim No. 2, in the amount of $701.10.**

3) **SECURED CLAIMS**

**Secured Claim to be paid under this plan as follows:**

**A)** The allowed secured claim portion of the IRS claim, claim no. 2, in the amount of $9,040.28, which amount includes all applicable or allowable interest, cost and /or attorney's fees in regards to this claim, shall be paid through this plan.

**B)** To the City of Philadelphia regarding its secured Claim No, 8 the principal amount $2,732.00 plus 5% interest which is $136.60 for a total amount of $ 2,868.60 which amount includes all allowed or allowable interest shall be paid though the plan.

**C)** Tot the City of Philadelphia regarding Its Secured Claim No. 9: the principal amount of $7,190.48 plus 5% interest or for $359.53 a total amount of $7,550.01 which amount includes all allowed or allowable interest shall be paid through the plan.

D) To MidFirst Bank who filed Claim No. 4 its arrears claim in the amount of $50,096.99 shall be paid through the plan.

## 4. UNSECURED CLAIMS: *PRO RATA.*

**5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES:**
There are no executory contracts.
**6. OTHER PLAN PROVISIONS**
**(a)**    Property of the Estate shall revest in the Debtor upon confirmation.

**(b) Payment Notices**. Creditors and lessors may continue to mail customary notices or coupons to the Debtor or Trustee notwithstanding the automatic stay.

© **Order of Distribution**. Trustee shall pay allowed claims in the following order:
**Trustee Commissions**
**Other Administrative Claims**
**Priority Claims**
**Secured Claims**
**General Unsecured Claims**

Dated: **March 11, 2017**                    */s/ Michael D. Ward, Esq.*
                                        **Attorney for the Debtor**