## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Vicki R. Ofori | |
|             Debtor | CHAPTER 13 |
| MidFirst Bank | |
|             Movant | |
|       vs. | |
| Vicki R. Ofori | NO. 15-10072 ELF |
|             Debtor | |
| William C. Miller | |
|             Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Plan of MidFirst Bank, which was filed with the Court on or about **February 21, 2017**.

Respectfully submitted,

**/s/ Matteo S. Weiner, Esquire**
Matteo S. Weiner, Esquire
Denise Carlon, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

March 28, 2017