```
            IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE     Vicki Ofori                    :
    Debtor                               :   BK NO.   15-10072-ELF
```

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtor, **Vicki Ofori,** has filed a Motion to Modify Plan. in this case.  <u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not, you may wish to consult an attorney.)

  1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **May 5, 2017 you** or your attorney must do <u>all</u> the following:

    (a) file an answer explaining your position at:

    Office of the Clerk of Court
    United States Bankruptcy Court
    Robert C. Nix Building
    900 Market Street, Suite 400
    Philadelphia, PA  19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to

    Michael D. Ward, Esquire
    I.D. No. 37141
    1800 JFK Blvd
    Suite 300
    Philadelphia, PA  19103-7402

  2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.      **A hearing on the motion is scheduled to be held before the Honorable Judge Eric L. Frank on Tuesday, May 9, 2017 at 1:00 P.M. in Courtroom #1, United States Bankruptcy Court, Robert C. Nix Building 900 Market Street, 2nd Floor, Philadelphia, PA 19107-4299.**

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

**Dated:  April 15, 2017**