**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

VICKI R OFORI                                   Chapter 13

                    Debtor         Bankruptcy No. 15-10072-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

**Date: May 10, 2017**         _____
                                                Eric L. Frank
                                                Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL D. WARD ESQUIRE
1800 JFK BLVD
SUITE 300
PHILADELPHIA, PA 19103-

Debtor:
VICKI R OFORI

6922 THEODORE STREET

PHILADELPHIA, PA 19142