United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 15-10072-elf
Vicki R Ofori Chapter 13
 Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: DonnaR Page 1 of 2 Date Rcvd: May 10, 2017
 Form ID: pdf900 Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2017.
```
db             +Vicki R Ofori,    6922 Theodore Street,    Philadelphia, PA 19142-2107
13596168       +Central Cellular Holdings Inc.,    Attention: Jason Feinstein, President,     267 ANDREWS ROAD,
                 TREVOSE PA 19053-3427
13455825        Fingerhut,    PO Box 2900,    St. Cloud, MN  56302-9617
13455827       +Joshua Goldman, Esq,    KLM Law Group,    701 Market St, Suite 5000,
                 Philadelphia, PA 19106-1541
13456605       +MIDFIRST BANK,    c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13455828        Marissa McDemott Esq,    Law Dept City Of Phila.,    1401 JKF Blvd,    Philadelphia, PA  19102
13728003       +Michael D. Ward, Attorney at Law,    1800 JFK Blvd.,    Suite 300,    Philadelphia, PA 19103-7402
13455829       +Midfirst Bank,    999 NW GRAND BLVD SUITE 100,    Okahoma City, OK 73118-6051
13485393       +Midfirst Bank,    999 Northwest Grand Boulevard,    Oklahoma City, OK 73118-6051
13455830       +PECO-Energy,    3020 Market Street,    Philadelphia, PA 19162-0001
13455831       +PGW,    800 W. Montgomery Ave,    Philadelphia, PA 19122-2806
13455837       +Philadelphia Traffic Court,    800 Spring Garden Street,    Philadelphia Pa 19123,
                 Honorable Gary Glazer 19123-2690
13455839       +Verizon,    PO Box 8585,    Philadelphia, PA 19101-8585
13455840       +Water Revenue Bureau,    1401 JFK Bouldvard,    Philadelphia, PA 19102-1663
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov May 11 2017 01:29:25     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 11 2017 01:28:57
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 11 2017 01:29:22     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@phila.gov May 11 2017 01:29:25     City of Philadelphia,
                 Law Revenue Bureau,    c/o Megan N. Harper, Esquire,    1401 John F. Kennedy Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13455832        E-mail/Text: equiles@philapark.org May 11 2017 01:29:50     Acs Inc,    POB 41819,
                 Philadelphia, PA 19101-1819
13455833        E-mail/Text: JCAP_BNC_Notices@jcap.com May 11 2017 01:29:20     Ais Services Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13477758       +E-mail/Text: bnc@atlasacq.com May 11 2017 01:28:51     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
13486597       +E-mail/Text: bncmail@w-legal.com May 11 2017 01:29:19     CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13541586        E-mail/Text: bankruptcy@phila.gov May 11 2017 01:29:25     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13523700       +E-mail/Text: bankruptcy@phila.gov May 11 2017 01:29:25
                 CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13455834        E-mail/Text: cio.bncmail@irs.gov May 11 2017 01:28:51     IRS Special Procedures Branch,
                 Insolvency Unit 1,    POB 12051,    Philadelphia, PA 19105
13455835        E-mail/Text: JCAP_BNC_Notices@jcap.com May 11 2017 01:29:20     JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-7999
13455826        E-mail/Text: JCAP_BNC_Notices@jcap.com May 11 2017 01:29:20     Jefferson Capital,
                 Po Box 7999,    St Cloud, MN 56302-9617
13455836        E-mail/PDF: resurgentbknotifications@resurgent.com May 11 2017 01:24:24
                 LVNV Funding, LLC its successors and assigns,    of CVF Consumer Acquisition Company,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13455838       +E-mail/PDF: resurgentbknotifications@resurgent.com May 11 2017 01:24:19
                 Resurgent Capital Services,    PO Box 10587,    Re LVNV Funding/ CVF,
                 Greensville, SC 29603-0587
                                                                                             TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13465425*      +Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
13728004*      +Michael D. Ward, Attorney at Law,    1800 JFK Blvd.,    Suite 300,    Philadelphia, PA 19103-7402
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: DonnaR                Page 2 of 2           Date Rcvd: May 10, 2017
                              Form ID: pdf900             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               james.feighan@phila.gov
              MICHAEL D. WARD    on behalf of Debtor Vicki R Ofori mdwecf@gmail.com,   G7290@notify.cincompass.com
              THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VICKI R OFORI                                    Chapter 13


                    Debtor        Bankruptcy No. 15-10072-ELF


Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


**Date: May 10, 2017**

_____
Eric L. Frank
Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL D. WARD ESQUIRE
1800 JFK BLVD
SUITE 300
PHILADELPHIA, PA 19103-


Debtor:
VICKI R OFORI

6922 THEODORE STREET

PHILADELPHIA, PA 19142